**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-1598**

─────────────

NORMAN ABBOTT; DINAH ABBOTT,

                  Petitioners - Appellants,

         v.

SUN TRUST MORTGAGE INCORPORATED,

                  Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.  (3:08-cv-00665-REP)

─────────────

Submitted:  September 10, 2009    Decided:  September 14, 2009

─────────────

Before KING, DUNCAN, and AGEE, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Norman Abbott and Dinah Abbott, Appellants Pro Se.   Curtis
Gilbert Manchester, Travis Aaron Sabalewski, REED SMITH, LLP,
Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman and Dinah Abbott appeal the district court's order sanctioning them $1,000 and enjoining them from filing any action involving the subject matter of the instant action, and enjoining them from further unrelated filings without payment of the sanction and leave of court. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Abbott v. Sun Trust Mortgage Inc., No. 3:08-cv-00665-REP (E.D. Va. Apr. 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED